In the Matter of the Claim of WILLIAM HAYDEN, Respondent, against AMERICAN LAUNDRY MACHINERY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of EDWARD HEANEY, Respondent, against P. J. CARLIN CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Claimant was employed as a bricklayer by the employer, a contractor who was engaged in constructing a building on Rikers island. He was injured by explosion on boat on which he was being transported to his work. The question was whether case came under admiralty jurisdiction. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.